# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:10cv486-MOC-DSC

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**APPROXIMATELY $88,125.00 IN**
**UNITED STATES CURRENCY,**

        **Defendant.**

## ORDER

**THIS MATTER** is before the Court on the Government's "Motion to Stay Initial Attorneys Conference" (document #9). For the reasons stated in the Motion, and for good cause shown,

**IT IS ORDERED** that the initial attorneys conference is hereby **STAYED** until further order of the Court.

**SO ORDERED**.

Signed: April 29, 2011

David S. Cayer
United States Magistrate Judge