IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv486

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| APPROXIMATELY $88,125.00 IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion to Set Trial Date in February 2013. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Set Trial Date in February 2013 (#15) is **GRANTED,** and this matter is set for trial during the February 4, 2013 civil term. Counsel are advised that this matter is second in line to trial of Decision Support, LLC v. Election Systems & Software, Inc., 3:10cv190 (W.D.N.C.), which is peremptorily set for trial on that date (#148).

Signed: October 29, 2012

Max O. Cogburn Jr.
United States District Judge