# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| United States of America, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:10-cv-00486-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| US Currency $88,125.00, | ) | |
| Defendant(s). | ) | |
| Juan Jose Benton | | |
| Claimant(s) | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 24, 2013 Order.

January 25, 2013

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court